■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTOINE BROWN, Appellant. [711 NYS2d 719] —Judgment, Supreme Court, Bronx County (Daniel FitzGerald, J.), rendered April 11, 1997, convicting defendant, after a jury trial, of attempted robbery in the first and second degrees, and sentencing him to concurrent terms of 4 to 12 years and 2 to 6 years, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning identification and credibility. Concur—Rosenberger, J. P., Nardelli, Mazzarelli, Wallach and Lerner, JJ.

■ In the Matter of PETER C. TOSTO et al., Respondents, v CAPITAL INVESTMENT HOLDINGS, INC., et al., Appellants. [711 NYS2d 718] —Appeal from judgment, Supreme Court, New York County, entered September 17, 1998, pursuant to CPLR 3215 (i) (1), unanimously dismissed, without costs, as taken from a nonappealable paper.

A judgment by confession is not appealable (*see*, Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C5511:1, at 128). Concur—Rosenberger, J. P., Nardelli, Mazzarelli, Wallach and Lerner, JJ.